ANTHONY A. CHAMBERS

VS.

UNITED STATES TREASURY

Cause No. 2022-524-C2

IN THE U.S. COURT
McLENNAN COUNTY,
OF
WESTERN DISTRICT

Case 6:22-cv-00424-ADA Document 1 Filed 04/27/22 Page 1 of 7

FILED
April 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

6:22-cv-00424

## PLAINTIFF ORIGINAL PETITION

TO THE HONORABLE COURT:

Anthony Chambers, the plaintiff, complains of United States Treasury Department, the defendants and for cause of action under Texas Business and Commerce Code Chapter 9 shows:

### ALLEGATION OF DISCOVERY LEVEL FACTS

The plaintiff seeks only monetary relief aggregating $250,000 or less excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs, so that this action is subject to the expedited actions process of Civil Procedure Rule 169 and discovery must therefore be conducted under Civil procedure Rule 190.2

### PLAINTIFF RELIEF

The plaintiff seeks relief monetary of over $250,000 but not more than: Principal Amount set at $1,000,000.00 per use owed to him under the UCC Financial Statements (STRAWMAN) in which would allow him to make bail under Art 1.07 using the bonds owe to him under the UCC Admiralty Commercial CONTRACTS.

### JURISDICTION

The Honorable judge of said court shall order, the defendant duly executed a Security agreement to secure the payment of $1,100,000 as the purchase price of plaintiff bail order by the honorable judge of McLennan County Court, which Defendant's Social Security agreements granted the plaintiff a Security interest in these goods.

### CLAIMS FOR DAMAGES

The Defendant owes the plaintiff the sum of $100,000,000.00 which is the amount due and unpaid by the U.S. Treasury Department of failure to pay the installments under the agreement, in addition to the reasonable attorney's fees, making a total of $1,000,000.00 per use plus interest which

is held under ANTHONY CHAMBERS, Birth and Social Security number which funds are owed to him as a CORPORATION CONTRACT

## VENUE

On March 3, 2022, The plaintiff duly perfected a Security interest by filing a financing statement in Proper form in writing a letter to the office of the Texas Secretary of State or McLennan County Texas

## STATEMENT OF CLAIM

The plaintiff, by virtue of the Security agreement, is entitled to have the Security interest payable to him in the full amount, and to have the proceeds applied to satsify the debt owing to the plaintiff by the defendant

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that the defendant be cited to appear and answer for the judgement against the defendant for the sum of $100,000,000.00 a sum with the jurisdiction limit of Court

Respectfully Submitted,

(Signature) Anthony Chambers

(type name) ANTHONY CHAMBERS

(Date) 3-3-22



Laurie Langston
Notary

ANTHONY CHAMBERS

VS.

UNITED STATES

IN THE U.S. COURT
McLENNAN COUNTY, TX
OF
WESTERN DISTRICT

LEXIS NEXIS (R) FORMS FORM 727-63.220

# UNIFORM COMMERICAL CODE FINANICAL STATEMENT 1

TO THE HONORABLE JUDGE OF SAID COURT:

I Anthony Chambers am the lien Claimant filing the attached financing Statement. I declare, under UCC Article 9 as follows:

This Statement is issued pursuant to the authority of the UCC to enable Anthony Chambers, the holder of this Statement to register or obtain new Collateral describe in this Statement.

## DEFAULT BY DEBTOR

Anthony Chambers is the debtor in a Secured transaction held by the U.S. Treasury Department ( Janet Yeilen ) involving Security interest in the following Collateral:

## FICTION/CORPORATIONS/DEBT/SOVEREIGN

ANYTHING Man Creates is a FICTION - it is not real - it will pass away
ANYTHING the Creator Creates is Real and will last forever. The Ledgers Right Side are FICTIONS or CORPORATIONS and being Mans Creation can only Create DEBT. ANYTHING the Creator Creates, SOVEREIGN MAN-KIND, is Real and the SOVEREIGN Creates ENERGY, which is Moneys Creation So FICTIONS/CORPOCLATIONS Create DEBT - SOVEREIGN Mankind Creates Money

## Exercise of Remedies by Secured Party

On December 31, 1981, the U.S. Treasury Department, Secured party in the Secured transaction with ANTHONY CHAMBERS exercised its post-default remedies as a third party "CONTRACT"/STRAWMAN under UCC Section 9-610 with respect to the Collateral.

As a result of the Secured party's exercise of it's post-default remedies, the debtor's interest in the Collateral Monetary funds in the Sum amount of $100,000,000.00 to obtain bond on his release in which is owed to Chambers under the UCC1 Article 9 STRAWMAN shall be transferred to Anthony Chambers account number CID 0103895 location at the McLennan County Jail in Waco, Texas

## FACTS

The SOVEREIGN could not be forced into the FEDERAL CORPORATION THE UNITED STATES or THE UNITED STATES OF AMERICA. The SOVEREIGN (Anthony Chambers) could not have his rights for Contracting taken away from him - except the FICTION/GOVERNMENT/CORPORATION could get US, by our permission or Consent by Assent for turning over these rights for the PRIVELEGE? It is through an illusion "We will take your Birth Certificate as a means for the Money Creation" the GOVERNMENT Creates Bonds, Notes, Etc, lets us think they have some Magical means for Creating Money, and if we wants some Money - give us your rights It is the SOVEREIGN who owns everything - BOTH THE DEBT SIDE - i.e. STRAWMAN - and the PRIVATE SIDE

## NO CASE

On or about 1938, Erie Railroad vs. Tompkins was established by the Supreme Court - where there is no Contract there is NO CASE

WHEREFORE, Anthony Chambers prays this Court grants this UCC1 Finanical Statement Article 9 of the United States Constitution rights

Respectfully Submitted This on the ___3rd___ day of ___Mar.___ 2022

Respectfully Submitted,

_____ (Signature)
Anthony Chambers

__ANTHONY CHAMBERS__ (type Name)

__3-3-22__ (Date)

__3201 E. Hwy 6__
__Waco, TX. 76705__ (Address)

__McLennan County Jail__ (location)

__#0103895__ (CID Number)

__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__ (SSN)



Laurie Langston
Notary

RECEIVED
April 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

United States District Court
Western District of Texas
Office of the Clerk
800 Franklin Avenue, Room 380
Waco, TX. 76701

4-21-22

Jeanette J. Clack
Clerk of Court

RE: Process these documents in the U.S. District Clerk's office, Waco, Western District of Texas.

Ms. Clack,

The first time you send these documents back it was a misunderstanding. Yes I was asking for you to make copy's. But the second time I don't understand how it could of been a misunderstanding. I stated clearly I ~~Do not want copy's. I asked could you please process~~ these documents in the U.S. District Clerk's office, Waco, Western District of Texas AS.A.P.

Ms. Clack I don't know if you are sending these documents back to me on purpose but this is a serious matter and I was told by Jon Gimble to send these document to your Department to have them process. I have enclosed:

1. Truth Affidavit
2. Bill of Exchange
3. Uniform Commerical Code Financial Statement 1
4. Plaintiffs Claim
5. Plaintiff Original Petition
6. Letter with intent

P.S. Process these Documents in the Western District TX Court here in Waco. If it's somewhere else I need to send this. Please send Address

Respectfully Submitted
Anthony Chambers

NAME Chambers, Anthony
CID# 103 895
McLennan County Jail
3201 E. Hwy. 6
Waco, Texas 76705

RECEIVED
APR 27 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

Legal Mail

U.S District court
800 Franklin Ave Suite # 380
Waco, TX 76701

NORTH TEXAS TX 750
25 APR 2022 PM 3 L

02 1P  $ 000.53⁰
0000911658  APR 25 2022
MAILED FROM ZIP CODE 76705

76701-193480